**PATTON BOGGS** LLP
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/20/11

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
973-848-5600

Facsimile 973-848-5601
www.pattonboggs.com

January 19, 2011

James E. Tyrrell, Jr.
973-848-5620
jtyrrell@pattonboggs.com

VIA ELECTRONIC MAIL AND OVERNIGHT MAIL

*The request is granted.*
*SO ORDERED.*

*[signature]*
*January 20, 2011*

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Rm. 1050
New York, NY 10007

Re: *In Re: World Trade Center Disaster Site Litigation*, 21 MC 100 (AKH); *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH); and *In Re: Combined World Trade Center Disaster and Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH) (straddler)

Dear Judge Hellerstein:

As the Court is aware, on December 30, 2010, the Court entered an Order Accepting Report of Special Counsel and Providing for Effectiveness of Settlement. The Court previously extended the January 7, 2011 deadline for objecting to the terms contained in the Order to January 21, 2011. Defendants the City of New York and the Contractors[1] hereby seek an extension of that deadline for all aggrieved parties to January 31, 2011.

We appreciate the Court's consideration of this request. Should Your Honor have any questions or require any further information, we are available at the Court's convenience.

Respectfully submitted,

*[signature]*
James E. Tyrrell, Jr.
Patton Boggs LLP

cc: Paul J. Napoli, Esq. (via electronic mail)
Andrew J. Carboy, Esq. (via electronic mail)
Beth D. Jacob, Esq. (via electronic mail)

---

[1] AMEC Construction Management, Inc., AMEC Earth & Environmental, Inc., Bovis Lend Lease LMB, Inc., Evergreen Recycling of Corona (E.R.O.C.), Plaza Construction Corp., Tully Construction Co., Inc., Turner Construction Company, and Turner/Plaza, A Joint Venture, as well as the entities identified in Exhibit A to the World Trade Center Litigation Settlement Process Agreement, as Amended.